United States District Court
Southern District of Texas
**ENTERED**
August 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ESQUIO TORREZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:21-CV-180 |
| § | |
| COMMISSIONER OF SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

# ORDER

Plaintiff Esquio Torrez filed this petition for review of the Commissioner of Social Security's denial of his disability benefits application, challenging the findings of the Administrative Law Judge on the ground that those findings are not supported by substantial evidence. (Complt., Doc. 1) After the administrative transcript record was fully developed, Torrez filed a Motion for Summary Judgment (Doc. 10), to which the Commissioner filed a Response (Doc. 11).

A United States Magistrate Judge recommends that Torrez's petition be denied. (R&R, Doc. 13) No objections were filed to the Report and Recommendation, and the Court finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 13). It is:

**ORDERED** that Plaintiff Esquio Torrez's Motion for Summary Judgment (Doc. 10) is **DENIED**; and

**ORDERED** that Plaintiff Esquio Torrez's petition for review of the denial of Disability Insurance Benefits is **DENIED**.

The Clerk of Court is directed to close this matter.

Signed on August 8, 2022.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge